UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JAN **2 8** 2026

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **SUPPRESSED** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| | ) | |
| | ) | |
| DERRICK GUTHRIE, | ) | **4:26CR034 AGF/SRW** |
| | ) | |
| Defendant. | ) | |

**INDICTMENT**

**COUNT I**

The Grand Jury charges that:

A.    INTRODUCTION

At all times material to this Indictment:

1.    State Farm Mutual Automobile Insurance Company (State Farm), headquartered in Bloomington, Illinois, is in the business of providing automobile insurance coverage throughout the United States, including personal injury and bodily injury protection.

B.    THE SCHEME

Beginning on an unknown date prior to December 1, 2024, and continuing through January 29, 2025, in the Eastern District of Missouri,

**DERRICK GUTHRIE,**

the defendant herein, did knowingly and willfully engage in a scheme to defraud insurance company, State Farm, and to obtain money from State Farm by means of materially false and fraudulent pretenses, representations, and promises.

1

C.    OBJECT OF THE SCHEME

The object of the scheme was for the defendant to enrich himself by defrauding State Farm through filing a fraudulent insurance claim for property theft.

D.    MANNER AND MEANS

The manner and means utilized by the defendant to accomplish the object of the scheme included the following:

a.    Defendant bought a 2019 Chevrolet Impala with a loan giving First Investors Financial Services a lien on the vehicle. Defendant obtained insurance covering theft for the vehicle from State Farm.

b.    Defendant deliberately staged the theft of the 2019 Chevrolet Impala so that he would no longer have to make loan payments.

c.    Defendant arranged to have his cousins steal the 2019 Chevrolet Impala on December 2, 2024 by leaving his keys in the vehicle at his place of work and instructing them to take it. They did so.

d.    Defendant sought and received an insurance settlement payment based on these false statements.   This payment was made via mailed check to First Investors Financial Services in the amount of $13,701.50.

E.    THE CHARGE

On or about December 2, 2024, in the Eastern District of Missouri, for the purpose of executing the scheme and artifice to defraud, and attempting to do so, defendant knowingly caused to be transmitted, in interstate commerce by means of wire communications, certain signs, signals, and sounds, that is an insurance claim to State Farm for the loss of a 2019 Chevrolet Impala.

2

All in violation of, and punishable under Title 18, United States Code, Section 1343.

A TRUE BILL.

_____

FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____

JOHN J. WARE, #40880MO
Assistant United States Attorney

3